United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX UGORJI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2884 |
| | § | |
| TOYOTA FINANCIAL SERVICES, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE.**

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 19th day of October, 2021.

                                                     _____
                                                     SIM LAKE
                                                     SENIOR UNITED STATES DISTRICT JUDGE